IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

YASER ALBAHRI,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2495

Opinion filed April 30, 2015.

An appeal from the Circuit Court for Leon County.
Frank E. Sheffield, Judge.

James E. Felman and Katherine Earle Yanes of Kynes, Markman & Felman, P.A.,
of Tampa, for Appellant.

Pamela Jo Bondi, Attorney General and Michael McDermott, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

ROBERTS, CLARK, and ROWE, JJ., CONCUR.